UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62449-CIV-SMITH

BRITTANY HOLT, *et al.*,

    Plaintiffs,

v.

DYNAMIC F&B HOLDINGS, INC., *et al.*,

    Defendants.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report and Recommendation to District Judge [DE 26] (the "Report"), in which Magistrate Judge Alicia O. Valle recommends granting the parties' Joint Motion for Approval of Settlement Agreement and Stipulated Dismissal with Prejudice [DE 25] and dismissing the case with prejudice. No objections have been filed to the Report. Having reviewed, *de novo*, the Report and Recommendation to District Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 26] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order;

2. The Joint Motion for Approval of Settlement Agreement and Stipulated Dismissal with Prejudice [DE 25] is **GRANTED**;

3. The Court shall retain jurisdiction for thirty days for the limited purpose of enforcing the terms of the Settlement Agreement; and

4. The case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of May 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record